UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

KELLY WARDLOW,

        Plaintiff

Case No. 1:10-CV-00557

-vs-

AEP RIVER OPERATIONS LLC,

        Defendant.

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

On April 11, 2012, Plaintiff Kelly Wardlow, in person and by his attorneys, and came Defendant AEP River Operations, LLC, by and through its attorney, for a settlement conference. Being advised that a settlement has been reached, and this Court being fully advised of the terms of the settlement and having heard from Plaintiff, approves the settlement finding it fair in all respects and further finding Plaintiff to have entered into the settlement freely, without deception or coercion, and with an adequate understanding of his medical condition and legal rights.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the compromise and settlement of this action is approved and this case is hereby dismissed, with prejudice to future action, each party to bear its own costs.

_____
Karen L. Litkovitz, US Magistrate Judge

ENTERED this 26 day of April, 2012.